IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 12-mj-1061 |
| v. | ) | |
| | ) | |
| KARL N. GELLERT | ) | |

O R D E R

The government's motion to continue preliminary hearing (Docket Entry No. 22) is GRANTED.

The preliminary hearing, rescheduled by order entered October 25, 2012 (Docket Entry No. 21), to November 16, 2012, is again RESCHEDULED to **Friday, November 30, 2012, at 10:00 a.m.,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge